UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD IVAN CERDA RODRIGUEZ, | No. 2:26-cv-00587-DAD-CSK |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, | |
| Respondent. | |

On February 26, 2026, petitioner filed a *pro se* petition for writ of habeas corpus and an initial motion for a temporary restraining order. (Doc. Nos. 1, 2.) That same day, the court issued a briefing schedule on the pending motion for temporary restraining order and directed the Clerk of the Court to serve respondent with a copy of the petition for writ of habeas corpus, motion for temporary restraining order, and accompanying documents. (Doc. No. 4.) A review of the docket shows that respondent was served by email at the appropriate address on March 3, 2026. Nonetheless, respondent did not appear in this action. On March 5, 2026, the court granted petitioner's motion for temporary restraining order and ordered petitioner's immediate release. (Doc. No. 5.) On March 10, 2026, in light of respondent not appearing in this action, the Clerk of the Court served respondent a copy of the court's order (Doc. No. 5) by email. Respondent has still failed to appear in this action.

1

Respondent is ordered to show cause in writing by March 13, 2026 at 5 p.m. addressing: (1) why it has failed to file a notice of appearance in this action; and (2) providing notice of respondent's compliance with this court's March 5, 2026 order granting petitioner's motion for temporary restraining order.

IT IS SO ORDERED.

Dated:    **March 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE