UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD IVAN CERDA RODRIGUEZ,

Petitioner,

v.

WARDEN, CALIFORNIA CNTY. CORRECTIONAL CENTER, et al.,

Respondents.

No.  2:26-cv-0587 DAD CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On March 5, 2026, the district court granted petitioner's motion for temporary restraining order, ordered petitioner's immediate release, and referred the matter to the undersigned for further proceedings.  (ECF No. 5.)  On March 12, 2026, the district court ordered respondents to show cause why they failed to file a notice of appearance and to file a notice of compliance with the court's March 5, 2026 order.  (ECF No. 6.)  On March 13, 2026, respondents confirmed petitioner's release from custody and provided a response to the district court's order to show cause.  (ECF No. 7.)

1

Respondents shall file a motion to dismiss or an answer to the petition for writ of habeas corpus within 7 days of the date of this order.  If additional briefing is needed to decide the petition on the merits, within 10 days of the date of respondents' filing, petitioner shall file an opposition to the motion to dismiss; or, if respondents file an answer, petitioner may file a traverse/reply.  If petitioner does not file a traverse/reply by this deadline, the petition will be deemed submitted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents shall file a motion to dismiss or an answer to the petition for writ of habeas corpus within 7 days of the date of this order.  If additional briefing is needed to decide the petition on the merits, within 10 days of the date of respondents' filing, petitioner shall file an opposition to the motion to dismiss; or, if respondents file an answer, petitioner may file a traverse/reply.

2. The Clerk of the Court shall serve a copy of the petition and this order on the United States Attorney.

3. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties.  Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  March 17, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cerd0587.100.2241.prose.released.imm

2